# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEFFERY CHARLES ELMORE,**                                                          **PLAINTIFF**
**ADC # 91418**

**V.**                      **CASE NO. 1:15-CV-00111 JM/BD**

**CORRECT CARE SOLUTIONS, et al.**                                        **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Elmore's claim against Correct Care Solutions is DISMISSED, without prejudice.

IT IS SO ORDERED, this 1st day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE