# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEFFERY CHARLES ELMORE,**                                                                 **PLAINTIFF**
**ADC # 91418**

**V.**                    **CASE NO. 1:15-CV-00111 JM/BD**

**CORRECT CARE SOLUTIONS, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Elmore's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Elmore's claim against Rory Griffin, Wendy Kelley, and Stephen Williams are DISMISSED, without prejudice.

IT IS SO ORDERED, this 9th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE