**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JEFFERY CHARLES ELMORE,**                                                      **PLAINTIFF**
**ADC # 91418**

**V.**                            **CASE NO. 1:15-CV-00111 JM/BD**

**CORRECT CARE SOLUTIONS, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections filed by Defendants Floss, Stieve, Hearyman, and Haydon, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved in part and modified in part and adopted as this Court's findings as modified.

Mr. Elmore's motion for summary judgment (#51) is DENIED. Defendants' motion for partial summary judgment (#56) is GRANTED in part and DENIED in part: Mr. Elmore's claims against Defendant Hearyman are limited to Defendant Hearyman's treatment of Mr. Elmore's stomach complaints from June 25, 2015 until September 15, 2015; Mr. Elmore's claims against Defendant Hayden are limited in time from June 30, 2015 until July 14, 2015; and the claims against Defendants Stieve and Floss are DISMISSED, without prejudice.

IT IS SO ORDERED, this 20th day of July, 2016.

                                                                                          _____
                                                                UNITED STATES DISTRICT JUDGE