**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEFFERY CHARLES ELMORE,**                                                **PLAINTIFF**
**ADC # 91418**

**V.**                  **CASE NO. 1:15-CV-00111 JM/BD**

**CORRECT CARE SOLUTIONS, et al.**                          **DEFENDANTS**

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Elmore's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Elmore's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 3rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE